**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 18 2019**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Lori A. Skinner , Plaintiff

v.

St Mary's Medical Center-SCL-Health

Incorp Services .

36 South 18th Ave. Suite D RAS

Brighton, Colorado. 80601 RAS , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

LoRi A. Skinner. P.O. Box 134. DeBeque, Colorado. 81630

(Name and complete mailing address)

(970) 697 7682. EMAIL: thewordlori@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    St. Mary's Medical Center-SCL Health, INcorp. Services 36 South 18th Ave. Suite D. BRighton, Colorado, 80601

(Name and complete mailing address)

(303) 813-5000 contact Paralegal. Claudine Howard.

(Telephone number and e-mail address if known)

Defendant 2:    N/A

(Name and complete mailing address)

N/A

(Telephone number and e-mail address if known)

Defendant 3:    N/A

(Name and complete mailing address)

N/A

(Telephone number and e-mail address if known)

Defendant 4:    N/A

(Name and complete mailing address)

N/A

(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

19 U.S. CODE §1592
PENALTIES FOR FRAUD

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of N/A.

If Defendant 1 is an individual, Defendant 1 is a citizen of N/A.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of N/A (name of state or foreign nation).

Defendant 1 has its principal place of business in N/A (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Gross Negligence (RES IPSA LOQUITUR)

Supporting facts: Presented MYSELF to St. Marys Medical CENTER- SCL Health at 2035 N. 7th St. GRAND JUNCTION, CO 81501 EMERGENCY Dept on September 24, 2018 with PAIN FROM AN ATTACK! I WAS Introduced to A, Medical Professional Physicians Assistant who upon seeing Me, ordered XRAYS. (NO NAME AVAILABLE). A different Physicians Assistant Entered the ROOM BY the NAME OF MICHAUD. (Last or firstname), She cancelled all XRAYs and stated that DOCTOR ABDOMEN suggested A NEW Family Doctor/Physical therapy. NOT HAPPY WITH this CARE, I returned to St. Marys Medical Center-SCL Health at said address for a second opinion on September 25, 2018. NOT SATISFIED WITH Horrific CARE I went to Medical RECORDS filled out forms of my side of this ordeal. Hospital stated the records will stay the same. An Intuition, I Called St. Mary's MedCtr-SCL Health Asked for Doctor ABDOMEN'S Doctor Number and to my APPAILMENT, THERE IS NO DOCTOR ABDOMEN ON their ROSTER OF DOCTORS. Sent a Letter of Intent to SUE to St Mary's Medical Center-SCL Health February 13, 2019. Physician Assistant GAVE ME MEDICAL AS SHE WAS THE PHYSICIAN.

CLAIM TWO: <u>PAIN AND SUFFERING AND PUNITIVE DAMAGES</u>

Supporting facts: Broken Dorsal Column Stimulator Because I'm Afraid to Go To The Doctors.

Loss of weight. NO SLEEP, NOT EATING RIGHT - Constant Chronic Pain.

- Intentional Disrespect - All 4 ELEMENTS ARE Present.

- Constant Crying

- Premeditated - MediCARE FRAUD

- EXCESSIVE GAS. FEEL LESS OF A WOMAN, out of All of the Doctors in that Hospital not ONE OF THEM WAS CONCERNED OR WANTED TO TREAT ME. WHAT IF I would of followed the Medical Advice, (It would of been much worse)?

5

### E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. DEMAND $ 1,000,000,000.00 (ONE BILLION DOLLARS)
2. JURY DEMAND
3. DEFENDANT TO PAY All FEES.
4. Make SURE THIS NEVER HAPPENS AGAIN.
5. DEMAND A RESTRAINING ORDER AGAINST MICHAUD (will explain if NEEDED) EMPloyEE OF ST. MARY'S MEDI-CAL Center - SCL HEALTh.
6 DO NOT WANT AN ORDER FOR ANY KIND oF CARE FROM St. Mary's MedicAl CtR - SCL Health.

### F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

March 14, 2019
_____
(Date)

(Revised December 2017)

6

